337

(No. 74-CC-298—Claimant 

IBM CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE COMPTROLLER, Respondent.

*Opinion filed April 11, 1974.*

IBM CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. AR-KEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-299—Claimant 

MEMORIAL HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 11, 1974.*

BROWN, HAY & STEPHENS, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-MAN, Assistant Attorney General, for Respondent.

PER CURIAM.